UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY AND ST. PAUL MERCURY
INSURANCE COMPANY,                                        Court File No. 05-cv-1366 RHK/AJB

       Plaintiffs,

                                                                         ORDER
v.

MARSHALL ERDMAN AND ASSOCIATES,
INC. AND ERDMAN HOLDINGS, INC.,

       Defendants.

---

Pursuant to the Stipulation of the parties, it is hereby ORDERED that:

1.    This matter will be stayed for 90 days from the date of the parties' execution of the Stipulation, as they await an arbitration decision related to this matter.

2.    The parties may terminate this stay immediately upon notification to this Court by any party.

3.    In the event the stay is terminated, the parties shall have 10 days to file the answer, file motions, or otherwise respond to the Complaint, plus the remaining time that the parties would have had to file the answer, file motions, or otherwise respond to the Complaint had this stay not been entered, calculated from the date of the execution of this Stipulation by the parties and including any extensions granted to any party.

Dated: September 12, 2005          BY THE COURT:

                                                         _s/ Arthur J. Boylan_____
                                                         Arthur J. Boylan, Magistrate Judge
                                                         United States District Court